# EXHIBIT I

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**OCTOBER 31, 2019 AND 2018**

| ASSETS | October 31, 2019 | October 31, 2018 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 3,178,676 | $ 49,081,185 |
| Accounts receivable - oil and gas sales | 8,124,272 | 5,622,221 |
| Accounts receivable - joint interest billings | 30,775,837 | 59,185,556 |
| Accounts receivable - related party | 1,500,000 | - |
| Prepaid assets | 299,961 | 218,628 |
| Other receivables | 212,603 | - |
| **Total current assets** | 44,091,349 | 114,107,590 |
| **OIL & GAS PROPERTIES, Full cost method** | | |
| Proved properties | 698,580,205 | 273,833,240 |
| Unproved properties | 2,003,677 | 1,467,928 |
| Accumulated depletion, amortization, and impairment | (159,343,867) | (90,222,559) |
| **Total oil and gas properties, net** | 541,240,015 | 185,078,609 |
| **OTHER ASSETS:** | | |
| Other property and equipment, net | 204,966 | 244,363 |
| **Total other assets** | 204,966 | 244,363 |
| **TOTAL ASSETS** | $ 585,536,330 | $ 299,430,562 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**OCTOBER 31, 2019 AND 2018**

| LIABILITIES AND MEMBERS' (DEFICIT) EQUITY | October 31, 2019 | October 31, 2018 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Accounts payable - trade | $ 261,710,166 | $ 61,325,554 |
| Accounts payable - revenue distributions | 33,752,705 | 23,194,410 |
| Accounts payable - related party | - | 460,867 |
| Accrued interest payable | 3,276,649 | 2,909,661 |
| Asset retirement obligation - current | 474,367 | 360,775 |
| Derivative liabilities - current | - | 408,037 |
| Notes payable - current | 46,167 | 45,088 |
| **Total current liabilities** | 299,260,054 | 88,704,392 |
| **LONG-TERM LIABILITIES** | | |
| Asset retirement obligation | 549,754 | 369,843 |
| Derivative liabilities - long-term | - | 134,786 |
| Notes payable - non-current, net | 446,893,002 | 312,767,431 |
| **Total long-term liabilities** | 447,442,756 | 313,272,060 |
| **TOTAL LIABILITIES** | 746,702,810 | 401,976,452 |
| **MEMBERS' DEFICIT** | (161,166,480) | (102,545,890) |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | $ 585,536,330 | $ 299,430,562 |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE ONE MONTH AND PERIOD ENDED OCTOBER 31, 2019 AND 2018**

| | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
| --- | --- | --- | --- | --- |
| | October 31, 2019 | October 31, 2018 | October 31, 2019 | October 31, 2018 |
| **REVENUES:** | | | | |
| Oil and gas sales | $ 8,200,363 | $ 5,945,649 | $ 108,531,708 | $ 61,977,527 |
| Salt water disposal | 5,585 | 5,370 | 41,887 | 59,952 |
| Lease operating overhead revenue | 77,233 | 112,795 | 1,251,363 | 620,723 |
| Unrealized losses on derivative instruments | (6,904,434) | - | (8,165,767) | - |
| Realized gains (losses) on derivative instruments | 3,950,595 | (216,706) | 5,329,466 | (2,137,411) |
| **Total revenues** | 5,329,342 | 5,847,108 | 106,988,657 | 60,520,791 |
| **OPERATING EXPENSES:** | | | | |
| Lease operating expense | 13,831,339 | 2,310,651 | 47,942,154 | 17,483,759 |
| Production tax expense | 418,243 | 310,075 | 5,448,147 | 3,257,781 |
| General and administrative | 1,025,137 | 456,558 | 12,349,061 | 2,133,028 |
| Depreciation, depletion, and amortization | 7,729,891 | 2,296,579 | 58,898,963 | 12,948,602 |
| Transaction expense | - | 1,000,000 | - | 1,420,767 |
| Accretion expense | 19,440 | - | 158,179 | 81,042 |
| Debt facility fee | - | 482,083 | 3,471,095 | 717,083 |
| **Total expenses** | 23,024,050.00 | 6,855,946 | 128,267,599 | 38,042,062 |
| **Operating Income (loss)** | (17,694,708) | (1,008,838) | (21,278,942) | 22,478,729 |
| **OTHER INCOME (EXPENSE):** | | | | |
| Debt extinguishment cost | - | - | - | (12,674,849) |
| Loss on disposal of assets | - | - | - | (6,182) |
| Other income | - | 15,000 | - | 15,000 |
| Interest expense | (3,324,122) | (2,991,456) | (43,361,502) | (19,752,989) |
| **Total other income (expense), net** | (3,324,122) | (2,976,456) | (43,361,502) | (32,419,020) |
| **NET LOSS** | $ (21,018,830) | $ (3,985,294) | $ (64,640,444) | $ (9,940,291) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN MEMBERS' DEFICIT**
**FOR THE PERIOD ENDED OCTOBER 31, 2019**

| | | |
|---|---|---:|
| **BALANCE, December 31, 2018** | $ | (96,526,036) |
| Net loss | | (64,640,444) |
| **BALANCE, October 31, 2019** | $ | (161,166,480) |

**MTE HOLDINGS LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE ONE MONTH AND PERIOD ENDED OCTOBER 31, 2019 AND 2018**

| | FOR THE MONTH ENDED | | FOR THE PERIOD ENDED | |
| --- | --- | --- | --- | --- |
| | October 31, 2019 | October 31, 2018 | October 31, 2019 | October 31, 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net loss | $ (21,018,830) | $ (3,985,294) | $ (64,640,444) | $ (9,940,291) |
| Adjustments to reconcile net loss to | | | | |
| operating cash flows | | | | |
| Depreciation, depletion and amortization | 7,729,891 | 2,296,579 | 58,898,963 | 12,948,602 |
| Amortization of deferred financing costs | 47,287 | 63,498 | 625,780 | (351,023) |
| Accretion expense | 19,440 | - | 158,179 | 81,042 |
| Unrealized losses on derivative instruments | 6,904,434 | - | 8,165,767 | - |
| Loss on disposal of assets | - | - | - | 6,182 |
| Changes in assets and liabilities | | | | |
| Accounts receivable - oil and gas sales | (2,588,396) | (1,592,068) | 807,937 | (3,241,326) |
| Accounts receivable - joint interest billings | (10,149,650) | (16,596,813) | 38,841,450 | (44,911,241) |
| Accounts receivable - related party | (1,500,000) | - | (1,500,000) | - |
| Other receivables | (76,905) | - | 1,364,397 | - |
| Prepaid assets | 105,813 | 15,434 | (66,985) | (57,707) |
| Accounts payable - trade | 72,096,968 | 6,579,585 | 102,103,184 | 43,969,453 |
| Accounts payable - revenue distributions | 5,632,758 | (15,128,163) | 10,794,902 | 21,625,110 |
| Accounts payable - related party | (829,244) | (2,198,341) | (964,170) | (797,866) |
| Accrued interest payable | (8,834,798) | 1,637,801 | 3,124,245 | 445,530 |
| **Net cash provided by (used in) operating activities** | 47,538,768 | (28,907,782) | 157,713,205 | 19,776,465 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Capital expenditures for oil and gas properties | (53,142,781) | (35,335,147) | (315,731,905) | (138,757,028) |
| Capital expenditures for other property and equipment | 5,544 | 4,082 | 33,905 | (122,106) |
| **Net cash used in investing activities** | (53,137,237) | (35,331,065) | (315,698,000) | (138,879,134) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Member distributions | - | - | - | (8,292,359) |
| Treasury stock re-purchase | - | - | - | (18,600,000) |
| Deferred finance fees paid | - | - | (79,452) | (785,527) |
| Proceeds from notes payable | (3,868,275) | 85,401,646 | 132,680,098 | 187,372,031 |
| Repayments of notes payable | (3,727) | (2,677) | (3,727) | (2,677) |
| **Net cash provided by (used in) financing activities** | (3,872,002) | 85,398,969 | 132,596,919 | 159,691,468 |
| **Net increase (decrease) in cash and cash equivalents** | (9,470,471) | 21,160,122 | (25,387,876) | 40,588,799 |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 12,649,147 | 27,921,063 | 28,566,552 | 8,492,386 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 3,178,676 | $ 49,081,185 | $ 3,178,676 | $ 49,081,185 |