# EXHIBIT J

FILED FOR RECORD
REEVES COUNTY, TEXAS
Feb 11, 2019 at 10:52:00 AM

|  |  |
|---|---|
| Claimant: | Wilbanks Trucking Services, LLC |
| Contractor: | Wilbanks Trucking Services, LLC |
| Mineral Property Owners: | MDC Texas Energy LLC, MDC Texas Operator LLC; and any person or entity asserting an interest in the Subject Property by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials on the Subject Property |
| Leases: | California Chrome 27; Pickpocket 21; Count Fleet 11; Coopers Dream 23; War Admiral 24 |
| Wells: | California Chrome 27 3H, 7H & 9H; Pickpocket 21 2H; Count Fleet 11 1H & 4H; Coopers Dream 23 2H; War Admiral 24 2HM |
| County: | Reeves County, Texas |
| Principal Amount Due: | $928,396.00 |

VOL 1728 PG 0673

TO RECORDING OFFICER: This instrument must be filed in the appropriate Lien Records for your County.

## STATEMENT AND AFFIDAVIT
## IN SUPPORT OF LIEN ON MINERAL PROPERTY

### Claimant

Wilbanks Trucking Services LLC (hereinafter referred to as "**Claimant**") has, under contract, furnished materials and equipment and/or performed labor and services for and in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing of an oil and /or gas well on the oil, gas, and mineral leasehold hereinafter described.

Claimant's mailing address is as follows:

Wilbanks Trucking Services, LLC
11246 Lovington Highway
Artesia, New Mexico 88210

### Description of Property Subject to Lien

This lien is claimed upon the oil, gas, and mineral leases located in Reeves County, Texas

1

for the wells listed above, more particularly described as follows:

| Well Name | API | Latitude | Longitude | Exhibit |
|---|---|---|---|---|
| California Chrome 27 3H | 389-37445 | 31.32024 | -103.66816 | A1 |
| California Chrome 27 7H | 389-37298 | 31.32053 | -103.66565 | A2 |
| California Chrome 27 9H | 389-37300 | 31.32061 | -103.66610 | A3 |
| Pickpocket 21 2H | 389-37312 | 31.35057<br>31.366692 | -103.66006<br>-103.659773 | A4 |
| Count Fleet 11 1H | 389-37412 | 31.321540 | -103.605422 | A5 |
| Count Fleet 11 4H | 389-37416 | 31.321542 | -103.605513 | A6 |
| Coopers Dream 23 2H | 389-37505 | 31.374337 | -103.644626 | A7 |
| War Admiral 24 2HM | 389-37255 | 31.36820 | -103.63300 | A8 |

    A description of each lease is attached hereto as **Exhibits A1** through **A8**. This lien attaches to the total acreage of each lease identified in **Exhibits A1** through **A8** and is not limited to the acreage within the well plat. The property described in **Exhibits A1** through **A8** is hereinafter referred to as the "**Subject Property**". This lien attaches to: (i) any well; (ii) personal property; (iii) equipment; (iv) buildings; (v) appurtenances; (vi) pipelines; (vii) the oil, gas and other minerals produced from or upon the Subject Property; and (viii) any other property provided for in Texas Property Code § 56.003 and the Texas Constitution which are located on or used in connection with the Subject Property.

### Owners

    The names of the owners (or reputed owners) whose interests in the Subject Property are encumbered by this lien is **MDC Texas Operator LLC** and **MDC Texas Energy LLC** and any person or entity asserting an interest in the Subject Property by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials and/or provided services to the Subject Property.

    MDC Texas Operator LLC address is as follows:

        24 Smith Road, Suite 501A
        Midland, Texas 79705

2

any gas or oil pipeline, nor the contractor, nor the subcontractor, nor the purchaser, nor the trustee, receiver, or agent of any such owner, lessor, lessee, contractor, subcontractor, or purchaser shall either sell or remove the property subject to this lien or cause same to be removed from the land or premises upon which they were to be used or otherwise sell or dispose of the same, without the written consent of the holder of this lien.

Claimant reserves the right to file an Amended Lien.

WILBANKS TRUCKING SERVICES, LLC

By: _____
LANCE WILBANKS, CEO

## VERIFICATION AND ACKNOWLEDGMENT

THE STATE OF NEW MEXICO )
                         )ss
COUNTY OF EDDY           )

I, LANCE WILBANKS, the Chief Executive Officer for Wilbanks Trucking Services, LLC (Claimant), Affiant herein, do hereby state under oath that I have read the foregoing Statement and Affidavit in Support of Lien on Mineral Property and examined the Exhibits thereto, and that every statement contained therein, is based on matters within my personal knowledge, is true and correct, that the amounts claimed therein are due and owing, and that all just and lawful offsets, payments, and credits have been allowed.

By: _____
Lance Wilbanks, CEO
Wilbanks Trucking Services, LLC

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, by Lance Wilbanks, CEO of Wilbanks Trucking Services, LLC (Claimant), on this 8th day of February, 2019.

_____
Notary Public

My Commission Expires: 10-28-20

OFFICIAL SEAL
TANESSA KELSEY
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 10-28-20

VOL 1728
PG 0676

4

MDC Texas Energy LLC address is as follows:

24 Smith Road, Suite 501A
Midland, Texas 79705

### Statement of Claim

MDC Texas Energy LLC contracted with Claimant to furnish materials, machinery, or supplies and/or perform labor and services on behalf of the owners of interests in the Subject Property.

Attached hereto as **Exhibit B** are invoices setting forth: (1) the materials furnished and labor performed by Claimant; (2) the dates on which the labor was performed and materials were furnished; (3) the prices charged in connection with the labor and materials; and (4) the leases and wells with respect to which the labor was performed and materials were furnished. The labor and materials described in **Exhibit B** were furnished in connection with the digging, drilling, torpedoing, operating, completing, maintaining, or repairing of the wells located on the Subject Property.

Claimant commenced furnishing materials and/or services in connection with the California Chrome 27 #9H Well on August 18, 2018 and last furnished materials and/or services in connection with the War Admiral 24 #2HM Well on January 2, 2019.

The amount of this claim is $928,396.00 principal, plus interest, costs of court and attorneys' fees. Said amount is due and owing. All just and lawful offsets, payments, and credits, if any, have been made and allowed. The above stated amounts charged are, and were at the time and place of performance, reasonable and were agreed upon by the parties prior to and/or at the time that the labor and materials were furnished.

### Statutory Lien Claim

This Statement and Affidavit in Support of Lien on Mineral Property is filed pursuant to Section 56.001, *et seq.* of the Texas Property Code for the purpose of perfecting a lien upon mineral interest ownership in the Subject Property, including, but not limited to, the interests of the above-referenced owners in the Subject Property. This lien encumbers the interest of any mineral interest owner in all property on the Subject Property as provided in Texas Property Code § 56.003, to secure the claim amount.

### Notice

In connection with the contracts described above Claimant acted in the capacity of mineral contractor under an express or implied contract with the mineral property owners, their trustee, agent or receiver. Accordingly, claimant is a mineral contractor within the meaning of Texas Property Code § 56.001(2).

Pursuant to Texas Property Code § 56.043, notice is hereby given that neither the owner of the land, nor the owner of said oil, gas, or mineral leasehold interest therein, nor the owner of

3

VOL 1728 PG 0675

FILED FOR RECORD
REEVES COUNTY, TEXAS
Feb 04, 2019 at 10:47:00 AM

VOL 1724 PG 0774

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## AFFIDAVIT FOR LIEN AGAINST MINERAL PROPERTY

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF REEVES** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jontel Bourg, as Chief Financial Officer of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company ("Affiant"), who, upon her oath, deposed and stated as follows:

1. "My name is Jontel Bourg. I am the Chief Financial Officer of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company (hereinafter referred to as "WFR"), and am authorized to give this Affidavit on its behalf. I am over the age of eighteen (18) years, and I am of sound mind. I have never been convicted of a felony or of a crime of moral turpitude, and I am fully competent to make this Affidavit. By virtue of my position with WFR, my review of WFR's files and business records, and my personal dealings with the matters made the subject of my Affidavit, I have personal knowledge of the facts stated herein, and they are true and correct.

2. WFR is the Claimant in this Affidavit. WFR's principal place of business is 9868 East Main Street, Houma, LA 70363. I am authorized by WFR and qualified to make this Affidavit for fixing and securing a lien under and pursuant to Chapter 56 of the Texas Property Code and/or the Constitution of the State of Texas.

3. Under an express or implied agreement with **MDC Texas Energy, LLC and its affiliated entity MDC Texas Operator, LLC** (collectively, "Operator"), WFR did furnish certain labor and/or services in connection with the drilling, completion, operation, repair, and/or maintenance of the following oil or gas wells located in Reeves County, Texas (together, the "Wells"):

Smarty Jones 26-5H, API No. 38937186, Reeves County, Texas, District 08;

Smarty Jones 26-6H, API No. 38937190, Reeves County, Texas, District 08; and

Smarty Jones 26-7H, API No. 38937191, Reeves County, Texas, District 08.

Affidavit for Lien Against Mineral Property                                                                 Page 1

4. Operator is the operator of record of the Wells and the owner of oil and gas leasehold interest(s) in the following described lands located in Reeves County, Texas (the "Leasehold Estates"):

Lease Name: Smarty Jones 26
Section: 26
Block: C9
Abstract: 1376
Survey: PSL / Bowles, E G BH
County: Reeves
Approximately 320 Acres of Land

5. WFR furnished labor and/or services on and for the Wells at the request of Operator on or about the dates shown on the invoices attached hereto as **Exhibit "A"** and incorporated herein for all purposes. The invoices attached as Exhibit "A" are true and correct copies of business records of WFR that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (b) were kept in the course of the regularly conducted activity; and (c) were made by the regularly conducted activity as a regular practice.

6. As of the date of this Affidavit, Operator has failed to make payment for the labor and/or services rendered by WFR on the Wells in an amount totaling, after all just credits and offsets, **ONE HUNDRED TWENTY NINE THOUSAND EIGHTY-SEVEN AND 59/100 DOLLARS ($129,087.59)**. The itemized list set forth below and the invoices attached hereto as Exhibit "A", details the unpaid labor and/or services furnished by WFR for the Wells and the Leasehold Estates for which a statutory and/or constitutional lien is hereby claimed:

| Invoice | Amount | Labor and/or Services Provided | Date |
|---|---|---|---|
| 3082 | $53,435.58 | Smarty Jones 26-5, 6, and 7H (see Exhibit "A") | Aug. 31, 2018 |
| 3094 | $27,725.21 | Smarty Jones 26-7H (see Exhibit "A") | Aug. 31, 2018 |
| 3167 | $18,021.38 | Smarty Jones 26-7H (see Exhibit "A") | Sep. 30, 2018 |
| 3230 | $29,905.42 | Smarty Jones 26-7H (see Exhibit "A") | Oct. 31, 2018 |
| | $129,087.59 | | |

7. Not more than six (6) months have elapsed since the date that WFR last furnished labor and/or services to Operator for the Wells.

8. On information and belief, Operator's addresses are as follows. WFR further states that it will send copies of this executed Affidavit to Operator at the mailing addresses listed below in compliance with Section 56.021(b) of the Texas Property Code, to the extent required:

MDC Texas Energy, LLC
24 Smith Rd., Suite 501A

VOL 1724 PG 0775

Midland, Texas 79705

MDC Texas Energy, LLC
MDC Texas Operator, LLC
280 East 96th Street, Suite 210
Indianapolis, IN 46240

MDC Texas Energy, LLC
MDC Texas Operator, LLC
-through their registered agent
Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

VOL 17224
PG 0776

9. The sums herein claimed are just, due and unpaid, and WFR has and claims a lien for the amount of $129,087.59 upon any and all interests of Operator in:

   (a) the Wells and Leasehold Estates;

   (b) all other oil, gas and water wells, oil or gas pipelines and their rights-of-way, and lease(s) for oil, gas and water purposes for which WFR's labor and/or services were furnished;

   (c) all buildings and appurtenances located on the Leasehold Estates;

   (d) other material, machinery, equipment, and supplies used for mineral activities related to the Wells or located on the Leasehold Estates;

   (e) other wells and pipelines used in operations related to oil, gas and minerals located on the Leasehold Estates; and

   (f) any and all other items of property to which WFR's lien may attach in accordance with Section 56.003 of the Texas Property Code and/or the Constitution of the State of Texas.

10. Pursuant to Section 56.042 of the Texas Property Code, notice is hereby given that upon attachment of this lien to the property described herein, neither Operator, nor the owners of said property, nor any contractor or subcontractor thereon or thereof, nor the purchaser thereof (including any production therefrom), nor the trustee, receiver, or agent of any of the foregoing, shall either sell or remove the property described in this lien Affidavit or cause same to be removed from said land or premises, or otherwise dispose of same, without the written consent of the holder of this lien. Such written notice may only be obtained from a duly authorized officer of WFR."

Affidavit for Lien Against Mineral Property                                        Page 3

FURTHER, AFFIANT SAYETH NOT.

           WELLBORE FISHING & RENTAL TOOLS, LLC, a Louisiana limited liability company

           By: _____
               Jontel Bourg, CFO

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jontel Bourg, as CFO and duly-authorized representative of Wellbore Fishing & Rental Tools, LLC, a Louisiana limited liability company, on the ___31st___ day of January, 2019.

        _____
        Notary Public, State of Louisiana



**OFFICIAL SEAL**
**SHARON C. TOUPS**
LSNID#47475 Notary Public
State of Louisiana/Parish of Terrebonne
Commissioned for life

VOL 1724 PG 077

Affidavit for Lien Against Mineral Property       Page 4